REX DARRELL BERRY, State Bar No. 110219
BRIAN CRONE, State Bar No. 191731
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA  95833
(916) 564-2000
(916) 564-2024 FAX

Attorneys for Defendant
WALGREEN CO.


PAMELA PITT, State Bar No. 156395
MARIA BOURN, State Bar No. 269322
LAW OFFICE OF PAMELA PITT
22 Battery Street, Suite 1000
(415) 291-9251
(415) 291-9252

Attorneys for Plaintiff
ROSA ALICEA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSA ALICEA, | ) Case No. 3:11-CV-02462-JCS |
| Plaintiff, | ) **STIPULATION AND [~~PROPOSED~~]** |
| | ) **ORDER FOR DISMISSAL WITH** |
| v. | ) **PREJUDICE** |
| WALGREEN CO., GERALD T. WONG, | ) **Pursuant to FRCP 41(a)(1)(A)(ii)** |
| and DOES 1 through 20, | ) |
| Defendants. | ) |

All parties hereby stipulate that the action be dismissed with prejudice.

Dated: November 9, 2011          /s/ *Pamela Pitt, Esq.*
                                 Pamela Pitt
                                 Attorney for Plaintiff Rosa Alicea


Dated: November 9, 2011          /s/ *Brian Crone, Esq.*
                                 Brian Crone
                                 Attorney for Defendant Walgreen Co.

---

1

**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE**

1   IT IS SO ORDERED.

2   Dated: __11/14/11__



_____
Hon. [signature: Judge Joseph C. Spero]

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

*Alicea v. Walgreens, et al.*
San Francisco Superior Court, Case No. CGC-11-507948
U.S.D.C., Northern District, Case No. 3:11-CV-02462-JCS

### DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am an employee of Berry & Block LLP, and my business address is 2150 River Plaza Drive, Suite 415, Sacramento, CA 95833. On this day I caused to be served the following document(s):

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

☒ by placing ☐ the original ☒ a true copy into sealed envelopes addressed and served as follows:

> **Attorney for Plaintiff**
> Pamela Pitt
> LAW OFFICE OF PAMELA PITT
> 22 Battery Street, Suite 1000
> San Francisco, CA   94111
> (415) 291-9251; Fax: (415) 291-9252

☐ **BY MAIL:** I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Sacramento, California, after the close of the day's business.

☐ **BY PERSONAL DELIVERY**: I caused such envelope to be delivered by hand.

☐ **BY OVERNIGHT COURIER:** I caused such envelope to be placed for collection and delivery in accordance with standard overnight delivery procedures for delivery the next business day.

☐ **BY FACSIMILE:** I caused such documents(s) to be transmitted by facsimile transmission from (916) 564-2024 to the person(s) and facsimile transmission without number(s) shown about. The facsimile transmission was reported as complete without error and a transmission report was properly issued by the transmitting facsimile machine. A true and correct copy of the transmission report will be attached to this proof of service after facsimile service is completed.

☒ **BY FEDERAL ELECTRONIC FILING:** I caused such document(s) to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and copies of the document(s) to the parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on ***November 9, 2011***, at Sacramento, California.

                                                         /s/ *Jenny O'Shaughnessy*
                                                        Jenny O'Shaughnessy

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**